Sebastian Bennett v. The State.

No. 8790.   Decided October 15, 1924.

No motion for rehearing filed.

Burglary—Notice of Appeal.

No notice of appeal is shown by the record. Such notice is essential to invoke the jurisdiction of this court. See art. 915, C. C. P.

Appeal from Criminal District Court No. 2 of Dallas County. Tried below before the Hon. Chas. A. Pippen, Judge.

Appeal from a conviction of burglary; penalty, two years confinement in the State penitentiary.

No brief filed for appellant.

*Tom Garrard*, State's Attorney, and *Grover C. Morris*, Assistant State's Attorney, for the State.

MORROW, Presiding Judge.—The offense is burglary; punishment fixed at confinement in the penitentiary for a period of two years.

No notice of appeal is shown by the record. Such notice is essential to invoke the jurisdiction of this court. Article 915, C. C. P.

The appeal is dismissed.

*Dismissed.*